UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
DEC 7 2009
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

-PS-O-

JEFFREY YOUNG,

        Plaintiff,

        -v-

DEAN MORRIS, Correction Officer;
JUSTYN KOTARSKI, Correction Officer;
C. ROBINSON, Correction Captain;
V. HAWLEY, Nurse,

        Defendants.

09-CV-0988A(M)
**ORDER**

Plaintiff, Jeffrey Young, who is incarcerated in the Upstate Correctional Facility, and who was incarcerated in the Attica Correctional Facility at the time of the events alleged in the complaint, has filed this *pro se* action seeking relief under 42 U.S.C. § 1983, and has paid the filing fee. The complaint has been reviewed by the Court with respect to the 28 U.S.C. § 1915A criteria.

Because plaintiff paid the filing fee, he is responsible for service of the summons, complaint, and this order on the defendants. The Court notes that plaintiff is an inmate of a correctional facility who is proceeding *pro se*, and thus he may wish to request service by the United States Marshal at a nominal cost, as explained in the attached information. Should plaintiff choose to do so, he should utilize the attached Application for an Order Directing Service by the U.S. Marshal. The Clerk

of the Court is directed to issue the summons and send them to plaintiff together with this order.

Pursuant to 42 U.S.C. § 1997e(g), defendants are directed to answer the complaint.

IT IS SO ORDERED.

_____
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated:      Dec. 5    , 2009